FILED
SEP - 2 2010
CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION AT SANTA ANA
                              DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

ALPHONSO FOSTER,

    Plaintiff,

v.

CESAR MATA, et al.,

    Defendants.

Case No. CV 09-2154-GAF (MLG)

ORDER ACCEPTING AND ADOPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE

Pursuant to 28 U.S.C. § 636(b)(1)(C), the Court has reviewed the complaint, the motion for summary judgment, and all of the records and files including the Report and Recommendation of the United States Magistrate Judge. The Court accepts and adopts the findings and recommendations in the Report and Recommendation and ORDERS that Defendants' motion for summary judgment be GRANTED as to Plaintiff's claims alleging unlawful arrest and excessive bail and ORDERS that those claims be DISMISSED with prejudice as to all Defendants. It is further ORDERED that Defendants' motion for summary judgment be denied as to Plaintiff's Fourth Amendment unlawful seizure and malicious prosecution claims.

Dated: September 1, 2010

Gary A. Feess
United States District Judge