JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| ALPHONSO FOSTER, | CASE NO. CV09-2154 GAF (MLGx) |
| *Plaintiff,* | |
| vs. | **JUDGMENT REGARDING CLAIMS OF ALPHONSO FOSTER** |
| | TRIAL DATE: Feb. 28, 2012 |
| MR. MATA, MR. VILLARREAL, MR. WILHELM and MR. SHARMAN, | Judge: Hon. Gary A. Fees |
| *Defendants.* | |

Following Pre-trial proceedings in which Defendant City of Los Angeles was dismissed and based upon the granting a of motion pursuant to FRCP Rule 50 in favor of Defendant Cesar Mata as to the first claim based upon an allegation of a violation of Plaintiff's rights secured by the 4th amendment due to a stop without reasonable suspicion, the following issue was presented to the jury:

On March 1, 2012, following the presentation of evidence and argument during a jury trial which commenced February 28, 2012 and concluded March 1, 2012, the jury, in the above-entitled action, unanimously found as follows as to each individual defendant:

"We the jury in the above entitled action, unanimously find and conclude as follows:

1

Did Defendants cause the initiation of criminal charges against Plaintiff Alphonso Foster on the basis of false and misleading information provided to the Los Angeles County District Attorney in violation of the rights under the Fourteenth Amendment to the United States (sic)?

| | | |
|---|---|---|
| Cesar Mata: | Yes_____ | No ____x____ |
| Oscar Villarreal: | Yes_____ | No ____x____ |
| Scott Wilhelm: | Yes_____ | No ____x____ |
| Jason Sharman: | Yes_____ | No ____x____ |

DATED: March 1, 2012        Signed: Juror no. 4
                                                    Foreperson of the Jury"

Now, therefore, it is **ORDERED, ADJUDGED AND DECREED** that Plaintiff, ALPHONSO FOSTER have and recover nothing by reason of each and all his claims as set forth in the Complaint against Defendants CESAR MATA, OSCAR VILLARREAL, SCOTT WILHELM and JASON SHARMAN, and that Defendants shall recover their costs in accordance with Local Rule 54.

Dated: March 5, 2012        _____
                                               GARY A. FEESS, Judge
                                               United States District Court